**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AETNA INC., et al.<br><br>Plaintiffs,<br><br>v.<br>OPEN MRI AND IMAGING OF ROCHELLE PARK, P.A., et al.,<br><br>Defendants. | **Civil Action No. 2:21-cv-20043**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Plaintiffs Aetna, Inc. and Aetna Life Insurance Company ("Plaintiffs"), by and through their undersigned counsel, have stipulated and agreed as follows:

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs hereby voluntarily dismiss Defendants Open MRI and Imaging of RP Vestibular Diagnostics, P.A., Vestibula Diagnostics, P.A, Universal Wellness Medical, Inc., St. Irene Realty Corp., Stephen J. Conte, D.O, and Eugene DeSimone, M.D. ("Settlement Defendants") from the above-captioned matter, **with prejudice**. Each party shall bear its own attorneys' fees, costs and expenses in connection with this action, as agreed by the parties.

Michael P. De Marco
DE MARCO & DE MARCO
912 Belmont Avenue
North Haledon, NJ 07508
demarcoanddemarco@gmail.com
*Attorneys for Settlement Defendants*

Dated: 3/15/24

Benjamin H. McCoy
FOX ROTHSCHILD LLP
980 Jolly Road, Suite 110
P.O. Box 3001
Blue Bell, PA 19422
bmccoy@foxrothschild.com
*Attorneys for Plaintiffs*

Dated: 4/3/2024